UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| KEISHYA L. LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CV416-112 |
| VETERANS AFFAIRS and BRIAN | ) | |
| J. HAMRICK, | ) | |
| | ) | |
| Defendants. | ) | |

## **REPORT AND RECOMMENDATION**

After preliminarily screening Keishya Love's *pro se* Complaint, the Court ordered her to refile her *in forma pauperis* (IFP) application and pleading to address deficiencies in both. *Love v. Veteran's Affairs*, 2016 WL 3030180 at * 2 (S.D. Ga. May 25, 2016). She submitted new IFP information showing her indigency, so the Court **GRANTS** that motion. Docs. 2, 4.

Love originally alleged that the Veterans Affairs Administration (VA) has refused to deduct child support from her son's father's pension benefits. Doc. 1 at 3. The Court directed her to "identify what law entitles her to relief[;] . . . allege what actions she's taken to address this

matter within the VA[; tell the Court] who Brian Hamrick is, and what he did to cause her injury." *Love*, 2016 WL 3030180 at * 1. It also warned her that she must "plead and prove jurisdiction, which in this case is doubtful." *Id.*

In response Love submitted two documents, neither of which is an amended complaint. The first is a screen shot of Brian Hamrick's Facebook profile that she claims proves he obtained a new job. Doc. 5. The second is a letter/notice to the Court with an attached state court child support order. Doc. 6. In it, Love makes clear that Hamrick is her child's father, that she wants the ordered child support to increase because of his new job, and that she's contacted her congressional representative about the VA's alleged failure to deduct child support from Hamrick's paycheck. *Id.* at 1.

Despite the additional information, she still fails to identify what law she claims entitles her to relief, or to plead jurisdiction. Hence, her Complaint should be **DISMISSED WITHOUT PREJUDICE** for failure to follow a Court order. *See* L.R. 41(b); *see Betty K Agencies, Ltd. v. M/V Monada,* 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the

plaintiff fails to comply with court rules or a court order); *McKinley v. FDIC*, 2016 WL 930291 at * 2 (11th Cir. Mar. 11, 2016) (affirming this Court's dismissal of complaint for failure to comply with a court order after plaintiff failed to amend her complaint as directed).

**SO ORDERED,** this  13th  day of June, 2016.


_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA