IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEISHYA L. INVE,  )
 )
 Plaintiff, )
 )
v. ) CASE NO. CV416-112
 )
VETERANS AFFAIRS, Atlanta )
Regional Benefits Office, and )
BRIAN J. HAMRICK )
 )
 Defendants. )
 )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 11). In her objections, the Plaintiff reiterates the allegations made in her initial complaint. However, she has not provided any information allowing her to plead and prove jurisdiction. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA